UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/21/2019

VICTOR CABRERA, OMARYA COLON, AND EMILY TURBIDES, *on behalf of themselves and all others similarly situated*,

Plaintiffs,

- vs. –

2855 POWERCELL INC., 3RD AVENUE INC., 149TH STREET INC., 508A WILLIS AVENUE INC., MOHAMMED ISLAM, AND AKIVA "DOE",

Defendants.

DOCKET NO. 1:17-CV-10139-GHW

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND ORDERED that the above-captioned action be and is hereby dismissed in its entirety as against all Defendants, with prejudice, and with no award of attorneys' fees or costs by the Court to any party.

SAMUEL & STEIN
38 West 32nd Street, Suite 1110
New York, NY 10001

By: _____
Michael Samuel, Esq.
T: 212-563-9884
F: 212-563-9870
michael@samuelandstein.com

MICHAEL CHONG
1250 Broadway, 36th Floor Suite 300
New York, NY 10001

By: _____
Michael Chong, Esq.
T: (212) 726-1104
F: (212) 726-3104
mkchong@mkclawgroup.com

The Court has reviewed the parties' motion to approve the settlement in this matter and the documents submitted in connection with it. Dkt. No. 56. Having done so, the Court finds the parties' proposed settlement to be fair and reasonable. Accordingly, the Court approves the parties' stipulated dismissal with prejudice pursuant to Rule 41(a)(2). The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: February 21, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge